AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

<table>
<tr><td>United States of America<br>v.<br><br>Jose DUENAS<br>Eduardo MENDOZA-Sanchez<br>Anthony VARELA<br><br><br><br>Defendant(s)</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  1:24-mj-00013-BAM</td></tr>
</table>

**FILED**

Feb 01, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _September 28, 2023,_ in the county of _Fresno_ in the _Eastern_ District of _California_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Possession with Intent to Distribute Over 500 Grams of Methamphetamine |
| 21 USC Setion 846, 841 | Conspiracy to Posses with Intent to Distribute Over 500 Grams of Methamphetamine<br>10 yr-life in prison, $10M fine, 5yr-life of supervised release, $100 special fee |

This criminal complaint is based on these facts:

See affidavit of HSI SA Jackie Lovato, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_Complainant's signature_

Jackie Lovato, Special Agent

_Printed name and title_

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by telephone

Date:  02/01/2024

_Judge's signature_

City and state:  Fresno, California

Hon. Barbara A. McAullife, U.S. Magistrate Judge

_Printed name and title_

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>JOSE DUENAS,<br>ANTHONY VARELA, AND<br>EDUARDO MENDOZA SANCHEZ<br><br>                     Defendants. | CASE NO.<br><br>AFFIDAVIT OF HSI SA JACKIE LOVATO IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANTS |

I, Jackie Lovato, being duly sworn, hereby depose and state as follows:

1.     I am a Special Agent with the United States Department of Homeland Security ("DHS")/ Immigration and Customs Enforcement/ Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been employed as an HSI Special Agent (SA) since December of 2018.   I have received training in the area of federal narcotic offenses and am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator and Immigration and Customs Enforcement Special Agent Training Programs. Prior to my appointment as a SA with HSI, I was previously a SA with the Treasury Inspector General for Tax Administration, a Border Patrol Agent, and Deportation Officer.

2.     I have participated in investigations including, gangs, drugs, firearms, violent crimes, and others. My law enforcement experience includes conducting physical surveillance, interviewing witnesses, victims and suspects, writing affidavits for and executing search warrants, handling confidential informants, analyzing phone records obtained from subpoenas, search warrants, pen registers, trap and trace devices, and collecting and processing evidence. Through my training and experience as a law enforcement officer, I have become familiar with the gang sub-culture and drug sub-culture including knowledge of controlled substance and firearms violations.

3.     This affidavit is made in support of a criminal complaint for Jose DUENAS, Anthony VARELA, and Eduardo MENDOZA Sanchez for violating the following:

- Title 21, United States Code, Section 841, Possession of a controlled substance for sale, methamphetamine.

- Title 21, United States Code, Section 841, Conspiracy to possess/distribute a controlled substance, methamphetamine.

4.     The facts in the affidavit come from personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

## I.     PROBABLE CAUSE

### A.     Traffic Stop of Vehicles containing approximately 40 pounds of crystal methamphetamine and one firearm.

6.     According to reports from the Fresno County Sheriff's Office (herein referred to as "FSO"), on September 28, 2023, while on patrol within the County of Fresno, CA, FSO Deputy Jose Colegio and FSO K-9 ("Gere") handler Juan Guzman initiated a traffic stop on a car (MALIBU)[1] for several California vehicle code violations.  The car was occupied by only Eduardo MENDOZA-Sanchez.

7.     A subsequent search of the car yielded approximately forty pounds of a white crystalline substance and two black Samsung telephones. A sample of the narcotics was sent to the DEA lab and the results were positive for the characteristics of methamphetamine with a 95% purity level.  A black Samsung cellphone with three camera lenses (SAMSUNG)[2] was found on the person of MENDOZA and another other black Samsung cellphone, which had one camera lens, was found in the glovebox of the vehicle.

8.     FSO deputies contemporaneously conducted a traffic stop on a separate dark gray

---

[1] The car was a 2015 Chevrolet MALIBU (CA 7TNB957) registered to R.W. in Fresno.

[2] This phone was searched and (559) 365-1115 was assigned to the SAMSUNG.  There were selfie style photographs of MENDOZA on the SAMSUNG along with the name "Eduardo Mendoza" assigned to the application CashApp and a Facebook account with the name, "Eddie Lewis Mendoza."

MERCEDES[3] after officers observed the MERCEDES following too closely to the MALIBU and driving an unsafe speed in violation of California vehicle code section 21703 and 22350.  The driver of the MERCEDES was identified as Anthony VARELA.  The only other occupant, identified as Jose DUENAS, was encountered as he was seated in the front passenger seat.  VARELA and DUENAS were both on Post Release Custody Supervision and a search of the vehicle and a search of their persons was conducted.  VARELA was in possession of gray iPhone (GRAY IPHONE)[4] found on his person. DUENAS had two phones on the passenger seat, a blue Motorola (MOTOROLA)[5] and a red iPhone (RED IPHONE),[6] which had no battery life.

9.      Inside the MERCEDES, a deputy also found and seized a loaded, chambered, .45 caliber Glock pistol, which returned as unregistered.  The gun was found on the rear driver's side passenger seat.

**B.**     **Review of mobile device extractions of a blue MOTOROLA cellphone (DUENAS) , GRAY IPHONE (VARELA) , and SAMUSNG (MENDOZA)**

10.     On October 3, 2023, the Honorable Stanley A. Boone authorized officers to search the five cellphones located in the two vehicles involved in the traffic stop. Your affiant reviewed the mobile device extractions, and the data revealed DUENAS's MOTOROLA was used to facilitate the pick up of the 40 lbs. of methamphetamine found in the MALIBU (driven by MENDOZA).  It should be noted again, the MOTOROLA and RED IPHONE were found on the passenger seat where DUENAS was encountered in the MERCEDES.

11.     You affiant reviewed the mobile-device extraction of the MOTOROLA, seized from DUENAS during the traffic stop, and observed multiple photographs and messages related to narcotics trafficking to multiple individuals and communications involving the narcotics pickup.

---

[3] The vehicle was a 2013 Mercedes (CA 8XMW638) registered to the same R.W. at the same address in Fresno, CA.

[4] (559) 755-2134 was assigned to the GRAY IPHONE and there were selfie style photographs of VARELA and the telephone name was "Anthony's iPhone" and Facebook account of "Anthony Varela."

[5] (559) 696-4715 was assigned to the MOTOROLA.

[6] The RED IPHONE revealed the telephone number assigned of (559) 569-7397, which was the telephone number provided by DUENAS to the California Department of Corrections and Rehabilitation upon his release from incarceration on June 7, 2023.

12.     Of note, the MOTOROLA contained the contact "Ant Dog" at (559) 755-2134, which was the telephone number assigned to the GRAY IPHONE found on the person of VARELA and I believe a moniker for VARELA. (VARELA's first name is Anthony).  "Ant Dog" [VARELA] had the contact "Money" for the telephone number associated to the RED IPHONE and "Money New #" for the MOTOROLA.  "Money" is a known moniker for DUENAS.  The following messages and calls were exchanged between (559) 696-4715 (MOTOROLA/DUENAS) and contact "Ant Dog" [VARELA] (559) 755-2134, on September 28, 2023, from approximately 6:50 AM through 10:40 AM:

| Date | Time | Type | Direction | Contact | Message |
|------|------|------|-----------|---------|---------|
| 9/28/2023 | 6:50:15 | Text | Outgoing | DUENAS | Ant u up |
| 9/28/2023 | 6:51:12 | Text | Incoming | VARELA | Yeah I'm getting dressed |
| 9/28/2023 | 6:51:26 | Text | Outgoing | DUENAS | Okay |
| 9/28/2023 | 6:56:58 | Text | Incoming | VARELA | Dog what time you want me to head that way |
| 9/28/2023 | 6:57:24 | Text | Outgoing | DUENAS | Like in 30 minutes |
| 9/28/2023 | 6:57:35 | Text | Incoming | VARELA | Yup |
| 9/28/2023 | 6:57:37 | Text | Outgoing | DUENAS | Meet you at my moms |
| 9/28/2023 | 6:57:46 | Text | Incoming | VARELA | Alright |
| 9/28/2023 | 7:35:49 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 7:52:37 | Voice | Incoming | VARELA | |
| 9/28/2023 | 8:13:17 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 8:13:46 | Voice | Incoming | VARELA | |
| 9/28/2023 | 8:14:55 | Text | Outgoing | DUENAS | His name is Eddie boy from Lewis |

| 9/28/2023 | 10:40:16 | Text | Outgoing | DUENAS | 3310 California Ave Bakersfield, CA 93304 United States |
|---|---|---|---|---|---|

13.     In the above, DUENAS is arranging for VARELA to meet with MENDOZA. Specifically, DUENAS says, "His name is Eddie boy from Lewis."  MENDOZA's first name is Eduardo.  It should also be noted, "Eddy Boy Cuddie" was the contact saved in the MOTOROLA (DUENAS's phone) for telephone number (559) 365-1115, which was assigned to the SAMSUNG found on the person of MENDOZA.

14.     In addition to contacting VARELA in the early morning hours on September 28, 2023, DUENAS also contacted "Eddie Boy Cuddie."  The following messages and calls were exchanged between (559) 696-4715 (DUENAS / "Money") and contact "Eddie Boy Cuddie" (559) 365-1115 on September 28, 2023:

| **Date** | **Time** | **Type** | **Direction** | **Telephone Number** | **Message** |
|---|---|---|---|---|---|
| 9/28/2023 | 6:25:08 | Text | Incoming | MENDOZA | Ay nigga |
| 9/28/2023 | 6:25:37 | Text | Outgoing | DUENAS | Yeah |
| 9/28/2023 | 6:25:42 | Text | Outgoing | DUENAS | Get eeady |
| 9/28/2023 | 6:25:45 | Text | Outgoing | DUENAS | Ready |
| 9/28/2023 | 6:26:02 | Text | Incoming | MENDOZA | My bad just got up |
| 9/28/2023 | 6:26:03 | Text | Incoming | MENDOZA | K |
| 9/28/2023 | 6:26:11 | Text | Outgoing | DUENAS | It's good |
| 9/28/2023 | 6:58:54 | Text | Incoming | MENDOZA | How long |
| 9/28/2023 | 7:08:24 | Text | Incoming | MENDOZA | Lmk when to go outside |
| 9/28/2023 | 7:08:54 | Text | Outgoing | DUENAS | I'm bouta pick you up |

| 9/28/2023 | 7:09:00 | Text | Outgoing | DUENAS | I'll let you know |
| 9/28/2023 | 7:09:29 | Text | Incoming | MENDOZA | Ok lmk when to go outside j |
| 9/28/2023 | 7:35:06 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 8:13:22 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 8:15:13 | Text | Outgoing | DUENAS | The homie is gonna pull up in a silver malibu |
| 9/28/2023 | 8:15:23 | Text | Outgoing | DUENAS | Ant from mendota |
| 9/28/2023 | 8:16:43 | Text | Incoming | MENDOZA | Ok should I have the gate open |
| 9/28/2023 | 8:23:56 | Voice | Incoming | MENDOZA | |
| 9/28/2023 | 9:03:21 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 11:04:02 | Voice | Incoming | MENDOZA | |
| 9/28/2023 | 11:18:00 | Text | Incoming | MENDOZA | Are we getting off? |
| 9/28/2023 | 11:18:16 | Voice | Incoming | MENDOZA | |
| 9/28/2023 | 11:18:16 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 14:28:24 | Text | Outgoing | DUENAS | "12827 Victory Blvd North Hollywood, CA 91606 |

15.     In the above messages, DUENAS coordinates with MENDOZA about MENDOZA's meeting with "Ant" i.e., Anthony VARELA.  DUENAS also referred to VARELA arriving in a "silver malibu" vehicle.  It should be noted the vehicle encountered during the traffic stop was a dark blue MALIBU.

16.     The following narcotics messages and subsequent calls were exchanged between (559) 696-4715 (MOTOROLA/DUENAS) and contact "Kyle" (559) 269-8573 on September 27th and 28th, 2023:

| **Date** | **Time** | **Type** | **Direction** | **Telephone Number** | **Message** |
| --- | --- | --- | --- | --- | --- |
| 9/27/2023 | 19:12:48 | MMS | Incoming | (559) 269-8573 | Yo I'm ready for half p |
| 9/27/2023 | 19:13:43 | MMS | Outgoing | DUENAS | Theirs no more |
| 9/27/2023 | 19:16:36 | MMS | Incoming | (559) 269-8573 | Are you serious |
| 9/27/2023 | 19:20:28 | MMS | Outgoing | DUENAS | That's y I told you yesterday if you're good |
| 9/27/2023 | 19:21:38 | MMS | Incoming | (559) 269-8573 | U getting more any time soon |
| 9/27/2023 | 19:30:50 | MMS | Outgoing | DUENAS | Tomorrow |
| 9/27/2023 | 19:31:55 | MMS | Incoming | (559) 269-8573 | Lmk when u have it . |
| 9/27/2023 | 19:32:07 | MMS | Outgoing | DUENAS | > JP |
| 9/28/2023 | 13:26:03 | MMS | Incoming | (559) 269-8573 | Anything yet |
| 9/28/2023 | 14:07:41 | MMS | Outgoing | DUENAS | Nothing yet |
| 9/28/2023 | 14:08:48 | MMS | Incoming | (559) 269-8573 | Are you going to get anything today |
| 9/28/2023 | 14:12:27 | MMS | Outgoing | DUENAS | Yeah |

| 9/28/2023 | 16:34:05 | MMS | Incoming | (559) 269-8573 | Lmk if u get it |
| 9/28/2023 | 18:28:59 | MMS | Incoming | (559) 269-8573 | I get it yet |
| 9/28/2023 | 18:47:43 | Voice | Outgoing | DUENAS | |
| 9/28/2023 | 18:48:28 | MMS | Outgoing | DUENAS | Call me |
| 9/28/2023 | 19:19:35 | Voice | Incoming | (559) 269-8573 | |

17.     In the above messages, I believe in my training and experience, "Kyle" requested a "half p" or *half pound* of narcotics from DUENAS and DUENAS in turn told "Kyle", that he would be getting more narcotics the following day, September 28, 2023 because there was "no more."  Furthermore, on September 28, 2023, "Kyle" asked DUENAS, "Are you going to get anything today," and DUENAS replied, "Yeah."  DUENAS then told "Kyle" to call him and records revealed an incoming call to DUENAS from contact "Kyle."  Thus, I believe in my training and experience, knowledge of the investigation and speaking with other law enforcement officers, DUENAS knew of the re-supply of narcotics the day before the traffic stop and notified a drug customer, "Kyle" that there would be more narcotics the following day.  DUENAS then confirmed the narcotics re-supply by messaging "Kyle" that he had more narcotics and discussed the re-supply with "Kyle" after instructing "Kyle" to call DUENAS.

18.     In addition to DUENAS facilitating the narcotics transaction and knowing the purpose of travelling to the Los Angeles, CA area to obtain a re-supply of narcotics, , narcotics messages were also found on VARELA's GRAY IPHONE indicating VARELA also knew the purpose for the trip to the Los Angeles, CA as well.  For example, the following messages were exchanged between VARELA and contact "Dad" (559) 930-4809 on September 28, 2023:

| **Date** | **Time** | **Type** | **Direction** | **Telephone Number/Contact** | **Message** |
|---|---|---|---|---|---|
| 9/28/2023 | 6:40:57 | Message | Incoming | (559) 930-4809 | Hey what happened where you at |

| | | | | | |
|---|---|---|---|---|---|
| 9/28/2023 | 6:42:05 | Message | Outgoing | VARELA | I'm gonna go to LA and take care of something |
| 9/28/2023 | 6:43:34 | Message | Outgoing | VARELA | My homeboy is paying me to drive him up there cause I got a license. |
| 9/28/2023 | 6:44:19 | Message | Outgoing | VARELA | I took him twice already. I get a couple hundred dollars for driving |
| 9/28/2023 | 6:44:20 | Message | Outgoing | VARELA | I took him twice already. I get a couple hundred dollars for driving |
| 9/28/2023 | 6:53:12 | Message | Incoming | (559) 930-4809 | Oh |
| 9/28/2023 | 11:02:16 | Message | Incoming | (559) 930-4809 | You're not taking your car are you |
| 9/28/2023 | 11:32:49 | Message | Outgoing | VARELA | No sir |
| 9/28/2023 | 11:33:06 | Message | Outgoing | VARELA | We came in the Mercedes |

19.     On the day of the stop, VARELA and DUENAS also exchanged the following messages starting at approximately 2:22 PM, where DUENAS provides addresses and instructs VARELA to be "patient" and not to "rush them."

| **Date** | **Time** | **Type** | **Direction** | **Telephone Number/Contact** | **Message** |
|---|---|---|---|---|---|
| 9/28/2023 | 14:22:14 | Text | Outgoing | DUENAS | 12727 Sherman Way North Hollywood, CA 91605 United States" |
| 9/28/2023 | 14:28:35 | Text | Outgoing | DUENAS | 12827 Victory Blvd North Hollywood, CA 91606 United States |
| 9/28/2023 | 16:05:20 | Text | Incoming | VARELA | Doggy let's roll |
| 9/28/2023 | 16:05:38 | Text | Outgoing | DUENAS | It's not tike |
| 9/28/2023 | 16:06:34 | Text | Outgoing | DUENAS | Time |
| 9/28/2023 | 16:07:55 | Text | Incoming | VARELA | Nigga it's 4:07 |
| 9/28/2023 | 16:08:43 | Text | Outgoing | DUENAS | And |
| 9/28/2023 | 16:08:55 | Text | Outgoing | DUENAS | We wait till he calls |
| 9/28/2023 | 16:09:07 | Text | Outgoing | DUENAS | Have patience |
| 9/28/2023 | 16:10:56 | Text | Outgoing | DUENAS | Yeah I know. You right. But I can't rush them or blow them up. He will |

| | | | | | call. Kill time |
|---|---|---|---|---|---|
| | | | | | |

20.     In my training and experience, knowledge of this investigation and speaking with other law enforcement officers, I believe the above conversations confirm VARELA knew he was travelling to the Los Angeles, CA area to pick up a re-supply of narcotics with DUENAS in the MERCEDES and he had conducted a re-supply trip on at least two prior occasions as VARELA admitted to contact "Dad."  VARELA was also financially compensated by DUENAS to conduct such narcotics re-supply trips and was paid a "couple hundred bucks."  I also believe that the above message tables also confirm that DUENAS was in control of the transaction as he was instructing VARELA to remain calm and "kill time" as DUENAS was awaiting a phone call from the local point of contact to pick up the narcotics and then would relay that information to VARELA.

21.     At approximately 7:24 PM, contact "Dad" and VAERLA exchanged the following messages:

| **Date** | **Time** | **Type** | **Direction** | **Telephone Number/Contact** | **Message** |
|---|---|---|---|---|---|
| 9/28/2023 | 19:24:17 | Message | Incoming | (559) 930-4809 | U hanging in there driving |
| 9/28/2023 | 19:25:22 | Message | Outgoing | VARELA | Yeah |
| 9/28/2023 | 19:26:07 | Message | Outgoing | VARELA | We are passing Visalia |
| 9/28/2023 | 19:26:23 | Message | Incoming | (559) 930-4809 | Okay |
| 9/28/2023 | 19:26:34 | Message | Incoming | (559) 930-4809 | You're not too far from home hang in |

| | | | | | there okay |
|---|---|---|---|---|---|
| 9/28/2023 | 19:26:48 | Message | Outgoing | VARELA | Oh we're good |

22.     In the above message table, I believe in my training and experience, VARELA told "Dad" that they were almost home and "were good" or had not been contacted by law enforcement further indicating VARELA's knowledge of the trip.

23.     Lastly, narcotics messages were also found on MENDOZA's SAMSUNG that he also knew that he was traveling to the Los Angeles, CA area to "pick up."   The following messages were exchanged between (559) 365-1115 (MENDOZA) and contact "Savage" (918) 315-1104 on September 28, 2023:

| **Date** | **Time** | **Type** | **Direction** | **Telephone Number/Contact** | **Message** |
|---|---|---|---|---|---|
| 9/28/2023 | 12:29:23 | Message | Outgoing | MENDOZA | I'm on my way to l.a to pick up.. I'm wot my cousin |
| 9/28/2023 | 12:29:34 | Message | Outgoing | MENDOZA | I'm nervous ass fuck lol |
| 9/28/2023 | 12:29:58 | Message | Outgoing | MENDOZA | When you gonna come fuck wit us |
| 9/28/2023 | 12:30:31 | Message | Incoming | (918) 315-1104 | Why you nervous foo |

| 9/28/2023 | 12:30:37 | Message | Incoming | (918) 315-1104 | You need my |
| 9/28/2023 | 12:30:48 | Message | Incoming | (918) 315-1104 | I'm at the car lot |
| 9/28/2023 | 12:31:33 | Message | Outgoing | MENDOZA | Cause they finna be like 50 of em in here lol I gotta drive a car jus for that |
| 9/28/2023 | 12:31:55 | Message | Outgoing | MENDOZA | Naw it's good brodie my cousin go'ts his in the other car |

24.     In the above messages, MENDOZA told 'Savage' that he was on his way to "pick up" , was "nervous", and his "cousin" was in the other car.  MENDOZA also messaged, cause they finna be like 50 of em in here lol I gotta drive a car jus for that." I believe in my training and experience and knowledge of this investigation, MENDOZA knew he was driving to the Los Angeles, CA area with his "cousin [DUENAS] for the sole purpose of picking up "50" or fifty (50) pounds of narcotics and MENDOZA knew DUENAS was going to be in a separate vehicle.

25.     Later that afternoon, at approximately 4:11 PM, (559) 365-1115 (MENDOZA) messaged (559) 548-9501, "I' just came wit my cousin I'm in one car he's in another car my trunk is fullll Of birds I."  I believe in my training and experience, MENDOZA confirmed the "birds" or narcotics were in the trunk of the vehicle MENDOZA was operating. It should be noted, two vehicles were involved in the traffic stop and approximately forty (40) pounds of methamphetamine were seized in the trunk of the vehicle MENDOZA was operating.

26.     In my training and experience, individuals that facilitate or coordinate the possession of/or transporting contraband distance themselves from the contraband and parties involved.  In this case, DUENAS was not operating the vehicle that contained the narcotics but contact "Eddie boy Cuddie" or MENDOZA was operating the vehicle.  Furthermore, DUENAS orchestrated the individuals involved (VARELA and MENDOZA) to ensure the narcotics re-supply occurred, and instructed VARELA to pick up MENDOZA and notified MENDOZA that VARELA would be picking him up in a MALIBU.  DUENAS then told VARELA to remain calm while DUENAS was awaiting a phone call from local point of contact to ensure the narcotics transaction occurred.  VARELA and MENDOZA then messaged their own separate contacts that they "were good" and had picked up the "birds" and were heading back to Fresno.  VARELA and MENDOZA also messaged separate contacts that there were on their way to "pick up" and VARELA stated he had done it before" and MENDOZA was "nervous." DUENAS also replied, "Yeah" to contact "Kyle" when asked if he was able to get "anything today" or narcotics on September 28,2023.

27.     Therefore, I believe VARELA and MENDOZA knew they were driving in separate vehicles on behalf of/and with DUENAS to the Los Angeles, CA area to pick up narcotics and DUENAS orchestrated and organized the narcotics transaction.

///

///

///

///

///

///

///

///

///

///

///

///

AFFIDAVIT

14

28.     On the basis of the aforementioned facts and circumstances described in this Affidavit, it is my belief that there is probable cause to believe that DUENAS, VARELA, and MENDOZA violated Title 21, United States Code Section 841/846, possession of a controlled substance for sale and conspiracy to distribute a controlled substance, specifically over 500 grams of a mixture or substance containing a detectible amount of methamphetamine.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Jackie Lovato, Special Agent
Homeland Security Investigations, HSI


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on

_____

_____     2/1/24
Hon. Barbara A. McAuliffe
United States Magistrate Judge

Reviewed as to form:

 /s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorney